IN RE **Zito, Elaine Marie**          Case No. **2:13-bk-20013**
        Debtor(s)                (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **9432 E. Voltaire Dr.**<br>**Scottsdale, AZ 85260**<br>**Single family dwelling** | **ARS § 33-1125(7)** | **411.00** | **488,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Wells Fargo**<br>**Checking** | **ARS § 33-1126A(9)** | **39.00** | **49.31** |
| **Wells Fargo**<br>**Checking**<br>**Commission Account** | **ARS § 33-1126A(9)** | **40.00** | **0.82** |
| **Wells Fargo**<br>**Checking**<br>**Business Account - Zito Financial** | **ARS § 33-1126A(9)** | **92.00** | **297.89** |
| **Household goods**<br>**@ residence (2 televisions, 1 couch, 1 chair & ottoman, 1 dining room table w/4 chairs, 2 beds, 2 dressers, 4 night stands, 2 floor lamps, 1 desk, 1 tv stand, 1 stereo, 1 pool table, 1 coffee table, 1 high table w/4 charis.** | **ARS § 33-1123** | **4,500.00** | **4,500.00** |
| **Books, pictures tapes**<br>**@ residence** | **ARS § 33-1125(5)** | **200.00** | **200.00** |
| **Wearing apparel**<br>**@ residence** | **ARS § 33-1125(1)** | **500.00** | **500.00** |
| **1 S & W gun**<br>**@ residence** | **ARS § 33-1125(7)** | **300.00** | **300.00** |

* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.